UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD E. LANE,
Inmate No. 00072392
    Plaintiff,

vs.                                          Case No.: 3:21cv934/LAC/EMT

VARO BANK, NA,
    Defendant.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on August 20, 2021 (ECF No. 3).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2.    Plaintiff's complaint is **DISMISSED without prejudice** for failure to allege sufficient facts to establish federal jurisdiction.

Case No.: 3:21cv934/LAC/EMT

3.	The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 23rd day of September, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**